# United States Court of Appeals
### For The District Of Columbia Circuit
_____

**No. 16-1242**  September Term, 2016

EPA-77FR49490
EPA-78FR58416
EPA-79FR79018
EPA-81FR35824

Filed On: December 19, 2016 [1651602]

State of North Dakota,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

------------------------------

City of Chicago, et al.,
    Intervenors

------------------------------

Consolidated with 16-1257, 16-1262, 16-1263, 16-1264, 16-1266, 16-1267, 16-1269, 16-1270

# O R D E R

Upon consideration of the motions for leave to intervene filed by:

State of Washington, State of Maryland, Clean Air Council, Natural Resources Defense Council, Environmental Defense Fund, Sierra Club, Environmental Integrity Project, Earthworks, State of Illinois, State of New York, State of Connecticut, State of Vermont, State of Rhode Island, State of California, State of New Mexico, City of Chicago, State of Oregon, Commonwealth of Massachusetts,

it is **ORDERED** that the motions be granted.

Circuit Rules 28(d) and 32(a)(2) govern the filing of briefs by intervenors. A schedule for the filing of briefs will be established by future order. That order will automatically provide briefing only for intervenors on the side of respondents. Any intervenor(s) intending to participate in support of petitioners must so notify the court, in writing, within 14 days of the date of this order. Such notification must include a

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 16-1242**　　　　　　　　　　　　　　　　**September Term, 2016**

statement of the issues to be raised by the intervenor(s). This notification will allow tailoring of the briefing schedule to provide time for a brief as intervenor on the side of petitioners. Failure to submit notification could result in an intervenor being denied leave to file a brief.

　　　　Intervenors supporting the same party are reminded that they **must** file a joint brief or certify to the court why a separate brief is necessary. Intervenors' attention is particularly directed to D.C. Circuit Handbook of Practice and Internal Procedures 38 (2016), which describes "unacceptable" grounds for filing separate briefs. Failure to comply with this order may result in the imposition of sanctions. See D.C. Cir. Rule 38.

　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　John J. Accursio
　　　　　　　　　　　　　　　　　Deputy Clerk